IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No. 5:25-cv-103

| | |
|---|---|
| JANET G. ISBELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **NOTICE OF REMOVAL** |
| | ) ) |
| SCOTT GOODWIN, LOWE'S FOODS OF MOORESVILLE, LOWE'S FOODS, and ALEX LEE, INC., | ) ) ) |
| Defendants. | ) ) |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Scott Goodwin ("Goodwin"), Lowe's Foods of Mooresville,[1] Lowes Foods, LLC ("Lowes Foods"), and Alex Lee, Inc. ("Alex Lee") ("Defendants"), by counsel and their duly authorized representatives, hereby file this Notice of Removal of the above-captioned action and state as follows:

1. Plaintiff commenced this action against Defendants on May 1, 2025, in the North Carolina General Court of Justice, Superior Court Division, Iredell County, Civil Action No. 25-CVS-1567 (the "State Court Action"). A copy of all documents filed in the State Court Action as of July 1, 2025 are attached hereto as **Exhibit 1**.[2]

2. Plaintiff asserts claims for alleged discrimination, harassment, wrongful constructive discharge/constructive dismissal, and negligent supervision. *See* Exhibit 1.

---

[1] Lowe's Foods of Mooresville is not a legal entity and is improperly named as a defendant in this lawsuit.

[2] The filings in the State Court Action to date include an initial Summons (issued May 1, 2025), Plaintiff's Complaint (filed May 1, 2025), a Servicemembers Civil Relief Act Affidavit, and the General Civil Action Cover Sheet.

1

3. Defendants shall give written notice to Plaintiff and to the Clerk of the Superior Court of Iredell County, North Carolina, pursuant to 28 U.S.C. § 1446(d). A copy of the notice of removal to be filed (with a file-stamped copy of this Notice) with the Clerk of the Superior Court of Iredell County is attached hereto as **Exhibit 2**.

4. The Notice of Removal has been filed with this Court within thirty (30) days of receipt by Defendants of the initial pleading setting forth Plaintiff's claims for relief pursuant to 28 U.S.C. § 1446(b). The Summonses and Complaint contained in Exhibit 1 were filed by Plaintiff on May 1, 2025, and were subsequently served June 5, 2025 (in the case of Alex Lee and Lowes Foods) and June 6, 2025 (in the case of Goodwin).[3]

5. Defendants, by their counsel and duly authorized agents, do hereby consent to the removal of the State Court Action to this Court. Venue lies in this Court because Plaintiff's action is pending in this district and division. *See* 28 U.S.C. § 1441(a).

**GROUNDS FOR REMOVAL – FEDERAL QUESTION JURISDICTION**

6. Plaintiff alleges, *inter alia*, employment discrimination and harassment (Complaint ¶ 12, 15, 21, 26).

7. In her Complaint, and in support of her gender and age discrimination claim, Plaintiff references her filing of a charge of discrimination with the federal agency, the Equal Employment Opportunity Commission ("EEOC"), that the EEOC investigated the Charge, and that the EEOC issued a Notice of Right to Sue. (Complaint ¶ 26, 27). In her Charge, Plaintiff alleged violations of discrimination arising under federal law—Title VII of the Civil Rights Act of 1964 ("Title VII") and the Age Discrimination in Employment Act ("ADEA"). Plaintiff alleges

---

[3] Plaintiff likewise delivered a copy of the Complaint and Summons as to improperly named defendant Lowe's Foods of Mooresville upon Goodwin on the same date, June 6, 2025.

in her Complaint that it is the allegations within her Complaint, as well as "the investigation and support of the EEOC" that forms the basis of her discrimination claim. (Complaint ¶ 27).

8. Further, because Plaintiff alleges claims of employment discrimination and harassment that are not recognized as private rights of action under North Carolina law, these claims arise under only federal law (Title VII and/or the ADEA). *See, e.g., Chapman v. City of Newton*, Civil Action No. 5:23-CV-00040-KDB-SCR, 2023 U.S. Dist. LEXIS 220106, at *25 (W.D.N.C. Nov. 22, 2023) ("North Carolina courts and federal courts applying North Carolina law have . . . repeatedly [found] that no private cause of action exists for retaliation, hostile work environment, [or] disparate treatment. . . .") (internal citations and quotations omitted).

9. Based on the face of Plaintiff's Complaint, Plaintiff asserts claims under Title VII and/or the ADEA and this Court, therefore, has original jurisdiction over these claims pursuant to 28 U.S.C. § 1331 because the claims arise under federal law. *See Kidd v. TA Operating, LLC*, 2010 U.S. Dist. LEXIS 25659 (E.D. Va. 2010) (finding federal question jurisdiction where plaintiff referred to the Notice of Right to Sue from the EEOC to his Complaint); *Kerr v. Ingersoll-Rand Indus. U.S., Inc.*, 1:23-cv-961, 2025 U.S. Dist. LEXIS 1460, at *5 (M.D.N.C. 2025) ("The paradigm for 'federal question' or 'arising under federal law' jurisdiction is when federal law supplies the cause of action.").

10. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

11. Therefore, removal is appropriate under 28 U.S.C. § 1441(a).

WHEREFORE, based on the foregoing, Defendants, by counsel, hereby remove the State Court Action to this Court.

This the 2nd day of July, 2025.

                Respectfully submitted,

                */s/ Meredith A. Pinson*
                Meredith A. Pinson (N.C. Bar No. 39990)
                Katharine Y. Barnes (N.C. Bar No. 50575)
                McGuireWoods LLP
                201 North Tryon Street, Ste. 3000
                Charlotte, NC 28202
                Phone: (704) 343-2252
                Facsimile: (704) 353-6171
                mpinson@mcguirewoods.com
                kbarnes@mcguirewoods.com

                *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No. 5:25-cv-103

| | |
|---|---|
| JANET G. ISBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| SCOTT GOODWIN, LOWE'S FOODS OF | ) |
| MOORESVILLE, LOWE'S FOODS, and | ) |
| ALEX LEE, INC., | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that a copy has been served this day by first-class mail, postage prepaid, upon the Plaintiff at the address listed below:

William T. Corbett, Jr.
Law Office of William T. Corbett, Jr.
Post Office Box 1227
609 East Center Avenue
Mooresville, NC 28115
Phone: (704) 799-7076
Facsimile: (704) 799-0484

*/s/ Meredith A. Pinson*
Meredith A. Pinson